**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  14-cr-00172-REB

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

1.  JOSE GOMEZ-MENA,

　　　　Defendant.

---

**ORDER**

---

　　　　Pursuant to and in accordance with the sentencing hearing held before the

Honorable Robert E. Blackburn, United States District Judge, on January 29, 2015,

　　　　**IT IS ORDERED** that Defendant Jose Gomez-Mena is sentenced to **time

served**.

　　　　Dated:  January 29, 2015

　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　s/ Robert E. Blackburn　　　　
　　　　　　　　　　　　　　ROBERT E. BLACKBURN,
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE